S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**KATHERINE C. LORENZ**
Katie.lorenz@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:  503-727-1000
Facsimile:   503-727-1117

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:14-CV-01124-MA |
| v. | |
| TWENTY-FIVE (25) REAL PROPERTIES (DEFENDANT REAL PROPERTIES), LOCATED IN RAINER, THURSTON COUNTY, STATE AND DISTRICT OF WASHINGTON, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, | MOTION TO SEAL AND FILE EX PARTE THE DECLARATION OF SPECIAL AGENT SCOTT MCGEACHY IN SUPPORT OF THE CIVIL COMPLAINT IN REM FOR FORFEITURE |
| AND | |
| A 2013 GMC DENALI, VIN 1GT125EG8DF238344, ITS TOOLS AND APPURTENANCES, *in rem*, | |
| Defendants. | |

The United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, and through Katherine C. Lorenz, Assistant United States Attorney, hereby files this motion to seal and file ex parte the Declaration of Special Agent Scott McGeachy in support of the civil complaint in rem for forfeiture.

DATED this 15th day of July, 2014.

S. AMANDA MARSHALL
United States Attorney

*Katie Lorenz*
KATHERINE C. LORENZ
Assistant United States Attorney

MOTION TO SEAL AND FILE EX PARTE THE DECLARATION
OF SPECIAL AGENT SCOTT MCGEACHY                                   **Page 2**