**Robert S. Banks, Jr., OSB No. 821862**
bbanks@SamuelsLaw.com
SAMUELS YOELIN KANTOR LLP
Attorneys at Law
111 SW 5th Ave., Suite 3800
Portland, Oregon 97204-3642
Telephone (503) 226-2966
Facsimile (503) 222-2937

Of Attorneys for Claimant Daniel Kass

IN THE UNITED STATES DISTRICT COURT OF THE STATE OF OREGON

DISTRICT OF OREGON

Portland Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TWENTY-FIVE (25) REAL PROPERTIES (DEFENDANT REAL PROPERTIES), LOCATED IN RAINER, THURSTON COUNTY, STATE AND DISTRICT OF WASHINGTON, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,<br><br>AND<br><br>A 2013 GMC DENALI, VIN 1GT125EG8DF238344, ITS TOOLS AND APPURTENANCES, *in rem*,<br><br>Defendants. | CASE NO. 3:14-CV-01124-MA<br><br>CLAIMANT DANIEL KASS' VERIFIED CLAIM |

Pursuant to Rule G(5) (a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimant Daniel Kass files this verified claim and asserts his interest and right in certain of the Defendant real property at

Page 1 - CLAIMANT DANIEL KASS' VERIFIED CLAIM

SAMUELS YOELIN KANTOR LLP
Attorneys at Law
111 SW 5th Ave., Suite 3800
Portland, OR 97204-3642
Telephone (503) 226-2966
Facsimile (503) 222-2937

issue in this action that more fully described below:

1.     Claimant Daniel Kass has a high school education.  He was a member of the Olympic Team and was awarded the Silver Medal for the United States in a snowboarding event in the 2002 Olympics.  He has operated and owned businesses, including Grenade, Inc., which sells winter snowboarding apparel.  He also has had endorsement contracts with Nike, Inc. and other sporting goods companies. Over the years, his business has required him to make many celebrity and business appearances at snowboarding events and trade shows throughout the United States, Europe and in Asia.

2.     Mr. Kass retained Nathan Wheeler to give him advice on tax and investment matters.  Mr. Kass travels frequently for business, and so he entrusted Mr. Wheeler to help manage his money, prepare tax returns, give business advice, make tax payments as due, and provide other related financial and business services.

3.     Mr. Kass learned that Mr. Wheeler had failed to make a $40,000 payment that was supposed to have been made to the Oregon Department of Revenue, and that Wheeler deposited those funds into a TWG Advisors account.  Mr. Kass was unfamiliar with TWG Advisors, and never authorized a payment to that entity.   Shortly after that realization, Mr. Kass was interviewed by IRS Special Agent Scott McGeachy during the course of McGeachy's investigation into the transactions that this case concerns.  *See* Declaration of Special Agent Scott McGeachy ("McGeachy Declaration"), paragraph 60, attached as Exhibit A to the Complaint *In Rem* for Forfeiture.  During that interview, Special Agent McGeachy told Mr. Kass about other transactions that were made to entities connected to Mr. Wheeler.  Mr. Kass had not authorized those transactions and was unaware that they had been made.  After he met with

Page 2 - CLAIMANT DANIEL KASS' VERIFIED CLAIM

SAMUELS YOELIN KANTOR LLP
Attorneys at Law
111 SW 5th Ave., Suite 3800
Portland, OR 97204-3642
Telephone (503) 226-2966
Facsimile (503) 222-2937

Special Agent McGeachy, Mr. Kass hired his present counsel to oversee the review of the activity in his bank accounts. As a result of that review, Mr. Kass discovered a number of other unauthorized transactions in which his funds had been paid to entities affiliated with Mr. Wheeler. The total amount of those unauthorized transactions, some of which are not subject to this claim, exceeds $700,000.

4.      As alleged by the United States in paragraphs 7, 8, 57 and 60 of the McGeachy Declaration, some of the defendant *in rem* properties were acquired with Mr. Kass's funds. The United States is unaware of the extent to which Kass's funds were used, however. Mr. Kass makes a claim against each of the defendant properties to recover his misappropriated funds. The transactions that were used to acquire the defendant properties are described in paragraphs 5 - 13 below.

5.      On or about January 31, 2012, an unauthorized check in the amount of $30,000 was written by or at the direction of Wheeler from Mr. Kass's funds to the BVW Fund Two, LLC using funds he had at Key Bank. BVW was a shell company affiliated with Wheeler's shell company TWG (see paragraph 6 below) and was used by Wheeler to acquire the defendant properties. A true copy of that check is attached as Exhibit A.

6.      On March 27, 2012, an unauthorized check in the amount of $50,000 was written by or at the direction of Wheeler from Mr. Kass's funds to BVW, TWG, LLC. A true copy of that check is attached as Exhibit B. TWG was a shell company that Wheeler used to purchase the defendant properties. *See, e.g.,* McGeachy Declaration, paragraphs 6, 8 and 12.

7.      On or about July 9, 2012, an unauthorized check in the amount of $70,000 was written by or at the direction of Wheeler from Mr. Kass's funds to Avalanche Construction. A

Page 3 - CLAIMANT DANIEL KASS' VERIFIED CLAIM

SAMUELS YOELIN KANTOR LLP
Attorneys at Law
111 SW 5th Ave., Suite 3800
Portland, OR 97204-3642
Telephone (503) 226-2966
Facsimile (503) 222-2937

true copy of that check is attached as Exhibit C. Avalanche built residential houses on the defendant real properties See McGeachy Declaration paragraphs 9, 10 and 13. Mr. Kass makes a claim against all real properties on which Avalanche Construction performed work or financing.

8.      On or about December 6, 2012, Wheeler arranged for a cash withdraw of $475,000 from Mr. Kass's Key Bank account. Wheeler represented at that time that he made the withdrawal to make tax payments and to deposit $360,000 into Mr. Kass's investment account at LPL Financial. A true copy of an email from Mr. Wheeler to Mr. Kass's bookkeeper, Tracie Melchior confirming Wheeler's representation is attached as Exhibit D. In fact, no deposit was made to LPL Financial and the $360,000 was delivered to Avalanche Construction by way of a cashier's check or money order purchased or arranged for by Wheeler. A copy of Mr. Kass's Key Bank statements showing the $475,000 withdraw on December 6, 2012 is attached as Exhibit E. Mr. Kass makes a claim against all real properties on which Avalanche Construction performed work or financing.

9.      On or about May 13, 2013, an unauthorized check in the amount of $49,500 was written by or at the direction of Wheeler from Mr. Kass's funds to the BVW Fund Two, LLC. A true copy of that check is attached as Exhibit F.

10.     As alleged in paragraph 57 of the McGeachy Declaration, on about July 12, 2013, Wheeler represented that he was writing a check for $40,000 from Mr. Kass's account to pay the Oregon Department of Revenue, but that check was deposited into an account in the name of TWG Advisors, another Wheeler shell company used to purchase defendant in rem properties. A true copy of the front and back of that check, showing the check made payable to Oregon Department of Revenue but cashed by TWG Advisors is attached as Exhibit G.

11.     On or about August 20, 2013, an unauthorized check in the amount of $35,000

Page 4 - CLAIMANT DANIEL KASS' VERIFIED CLAIM

SAMUELS YOELIN KANTOR LLP
Attorneys at Law
111 SW 5th Ave., Suite 3800
Portland, OR 97204-3642
Telephone (503) 226-2966
Facsimile (503) 222-2937

was written by or at the direction of Wheeler from Mr. Kass's funds to CW Holdings, LLC. A true copy of that check is attached as Exhibit H. CW Holdings, LLC was another shell company that Wheeler used to purchase defendant properties.

12.    On January 22, 2014, a check in the amount of $33,000 was written from Mr. Kass's funds to CW Holdings, LLC. A true copy of that check is attached as Exhibit I.

13.    On or about April 28, 2014, an unauthorized check in the amount of $15,000 was written by or at the direction of Wheeler from Mr. Kass's funds to CW Holdings, LLC. A true copy of that check is attached as Exhibit J.

14.    The total amount of Mr. Kass's claim based upon the verified statement above is $682,500.

Dated this 15th day of June, 2015.

SAMUELS YOELIN KANTOR LLP

Robert S. Banks, Jr., OSB #821862
Telephone: 503-226-2966
Facsimile: 503-222-2937
bbanks@samuelslaw.com

Of Attorneys for Claimant Daniel Kass

## VERIFICATION

I, Daniel Kass, am the claimant herein. I have read and reviewed the foregoing verified claim, I have personal knowledge of the allegations asserted in this claim, and do verify under penalty of perjury that the facts set forth herein are true and correct to the best of my knowledge.

DATED this **11** day of June, 2015, in New York, New York.

Daniel Kass

Page 5 - CLAIMANT DANIEL KASS' VERIFIED CLAIM





04334501   1   07/09/12        70,000.00

04334501   1   07/09/12        70,000.00

OFFICIAL CHECK          025027145

Remitter  DANIEL KASS          Date: 07/09/12

Pay To The
Order of      AVALANCHE CONSTRUCTION          $      70,000.00

Pay      SEVENTY THOUSAND DOLLARS AND 00 CENTS

*William R. Kidd*

AUTHORIZED SIGNATURE

EXHIBIT C
Page 1 of 1



**From:** nathan@bcadvisors.com
**To:** "Tracie Melchior" <traciemelchior@comcast.net>
**Sent:** Thursday, December 6, 2012 11:59:52 AM
**Subject:** Danny Kass

Tracie

I am having three cashiers checks cut today as follows from Danny's Accounts:

Department of Treasury $75,000
Oregon Department of Revenue $40,000
LPL Investment Account $360,000

But I also am having Brandi move $50,000 from Charles Abbott to Danny's Personal Account.

Thanks,

Nathan E. Wheeler, CPA

Bridge City Advisors, LLC
16100 NW Cornell, Suite 240
Beaverton, OR  97006
*p* 503.567.2425
*c* 503.956.3663
*f* 503.536.6402

---

All information is presented only as of the date published and subject to change without notice. The information in this email
is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized.
If you are not the intended recipient, any disclosure, copying, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited
and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed
in the governing Bridge City Advisors, LLC client engagement letter.

EXHIBIT D
Page 1 of 1



### Key Privilege
### Account Statement
DANIEL KASS
Account number: ████████890
December 1 - December 31, 2012

## Activity Detail

Amount

Total Deposits and Other Additions

| Other Withdrawals | | Charge | Amount |
|---|---|---|---|
| Date | Description | | |
| 12/3 | | | 475,000.00 |
| 12/3 | WITHDRAWAL BRANCH 0480 OREGON | | |

EXHIBIT E
Page 1 of 1



14222-3720-374802001890-0-N-



| Account # | Check # | Amount | Paid Date | Sequence # |
|-----------|---------|--------|-----------|------------|
| 38774212 | 25548671 | $49,500.00 | 05/14/2013 | 1400354745 |

OFFICIAL CHECK

025548671

Date 05/13/2013

Remitter DANIEL KASS

Pay To The
Order Of    BVW FUND TWO, LLC

$    49,500.00

Pay:    FORTY NINE THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS

KeyBank

William R. Koell

AUTHORIZED SIGNATURE



Amount: $40,000.00
Account #: [redacted] 7889
Credit Date: 2[redacted]
User: mandie
Location: Bridge City Advisors, LLC
Item Count: 1

**Deposit Ticket**

- Amt: $40,000.00 - 07/12/2013

- Amt: $40,000.00 - 07/12/2013

Amt: $40,000.00 - 07/12/2013

- Amt: $40,000.00 - 07/12/2013

Page 1

Amount: $35,000.00
Account #: [redacted]7582
**Deposit Ticket**
Credit Date: 20130820
User: mandie
Location: Bridge City Advisors, LLC
Item Count: 1

Amt: $35,000.00 - 08/20/2013

Amt: $35,000.00 - 08/20/2013



Amt: $35,000.00 - 08/20/2013

Amt: $35,000.00 - 08/20/2013

EXHIBIT H
Page 1 of 1

Amount: $33,000.00
Account #: [REDACTED] 7582
Credit Date: 20140122
User: MANDIE
Location: Bridge City Advisors, LLC
Item Count: 1

**Deposit Ticket**

- Amt: $33,000.00 - 01/22/2014

- Amt: $33,000.00 - 01/22/2014



Amt: $33,000.00 - 01/22/2014

- Amt: $33,000.00 - 01/22/2014

EXHIBIT I
Page 1 of 1

Amount:  $15,000.00
Account #: ███████ 7582
Credit Date:  20140429
User:  Mandie
Location:  Bridge City Advisors, LLC
Item Count:  1

**Deposit
Ticket**

- Amt: $15,000.00 - 04/29/2014

- Amt: $15,000.00 - 04/29/2014



DANIEL S. KASS                                          103

DATE 4/25/14          50-1291/219

PAY TO THE ORDER OF  C. W.  Holdings                    $ 15,000.—

Fifteen Thousand & no/100                     DOLLARS

**TD Ameritrade**
Payable through:
TD Bank USA, N.A.
Member FDIC

MEMO

⑆021912915⑆ ████ 6590 0103

Amt: $15,000.00 - 04/29/2014

Amt: $15,000.00 - 04/29/2014

EXHIBIT J
Page 1 of 1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing CLAIMANT DANIEL KASS' VERIFIED CLAIM to be served on the following:

Katherine Lorenz
Assistant US Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204
*katie.lorenz@usdoj.gov*

on the date noted below:

☑    Electronically via ECF

☑    By email to the email address listed above.

DATED:  June 12, 2015

**SAMUELS YOELIN KANTOR LLP**

By:

_/s/ Robert S. Banks, Jr._
ROBERT S. BANKS, JR., OSB # 821862
Telephone:  503-226-2966
Facsimile:  503-222-2937
bbanks@SamuelsLaw.com

Of Attorneys for Claimant Daniel Kass