**THOMAS K. COAN**, OSB #89173
tom@tomcoan.com
Attorney at Law
1001 SW Fifth Ave., Suite 1400
Portland, OR  97204
(503) 221-8736

Attorney for Claimants Carole Love
And Angel Holdings, LLC


### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

**Portland Division**


| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No. 3:14-cv-01124-MA** |
| **Plaintiff,** ) | |
| **v.** ) | **CLAIMANTS CAROLE LOVE AND ANGEL HOLDINGS LLC ANSWER TO COMPLAINT *IN REM* FOR FORFEITURE** |
| **TWENTY-FIVE (25) REAL PROPERTIES (DEFENDANT REAL PROPERTIES), LOCATED IN RAINER, THURSTON COUNTY, STATE AND DISTRICT OF WASHINGTON, WITH BUILDINGS, APPURTENANCES AND IMPROVEMENTS,** ) | |
| **AND** ) | |
| **A 2013 GMC DENALI, VIN 1GT125EG8DF238344, ITS TOOLS AND APPURTENANCES, *in rem*,** ) | |
| **Defendants.** ) | |

Claimants Carole Love and Angel Holdings, LLC submits this Answer to Complaint

*in Rem* for Forfeiture as follows:


Page 1 – CLAIMANTS CAROLE LOVE AND ANGEL HOLDINGS LLC ANSWER TO COMPLAINT IN REM FOR FORFEITURE

1.    Claimants admit that if the properties described in paragraph 2 of the Complaint constitute or were derived from proceeds traceable to wire fraud, money laundering and/or narcotics trafficking, then they are subject to forfeiture. Claimants are entitled to recover proceeds from any forfeiture as more fully set forth in Claimants' Verified Claim (Docket No. 46).

2.    Except as admitted above, Claimants are without information to form a belief as to the truth of the allegations in the Complaint and therefore deny the same.

3.    Claimants are entitled to reasonable attorney fees and other costs of litigation pursuant to 28 U.S.C. § 2465.

WHEREFORE, Claimants Carole Love and Angel Holdings, LLC pray that if the Court determines that the defendant properties are subject to forfeiture, that grant the claims of Carole Love and Angel Holdings, LLC, award Claimants their reasonable attorney fees and costs and provide other relief as the court deems just and proper.

DATED this 20th day of July 2015.

/s/ Thomas K. Coan
Thomas K. Coan, OSB 89173
Attorney for Claimants Carole Love and
Angel Holdings, LLC

Page 2 – CLAIMANTS CAROLE LOVE AND ANGEL HOLDINGS LLC ANSWER TO COMPLAINT IN REM FOR FORFEITURE