**BILLY J. WILLIAMS, OSB #90136**
United States Attorney
District of Oregon
**KATHERINE C. DE VILLIERS**
Katie.deVilliers@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon   97204-2902
Telephone:   503-727-1039
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 3:14-cv-01124-MA** |
| **Plaintiff,** | |
| **v.** | **MOTION FOR FINAL JUDGMENT OF FORFEITURE AS TO DEFENDANTS A 2013 GMC DENALI SIERRA, ITS TOOLS AND APPURTENANCES** |
| **TWENTY-FIVE (25) REAL PROPERTIES, LOCATED IN RAINER, THURSTON COUNTY, STATE AND DISTRICT OF WASHINGTON, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,** | |
| **AND** | |
| **A 2013 GMC DENALI SIERRA, VIN 1GT125EG8DF238344, ITS TOOLS AND APPURTENANCES,** *in rem*, | |
| **Defendants.** | |

On October 19, 2015 this Court granted a Default Order (ECF No. 57) against all persons

claiming any right, title, or interest as to Defendants 2013 GMC Sierra, VIN

**MOTION FOR FINAL JUDGMENT OF**
**FORFEITURE**                                                                                          **PAGE 1**

1GT125EG8DF238344, its tools and appurtenances, *in rem*, including: Jennifer and Jonathan Buss

for Bussco Holdings, LLC; Shawn-Anne Coverdale; John Eckhart for Eckhart Holdings, LLC;

Daniel Kass; Christopher Liu; Carole Love, Individually and on behalf of Angel Holdings, LLC;

Mark McDonald, Individually and on behalf of McDonald Holdings, LLC; and Nathan Wheeler.

Therefore, the United States of America, through Billy J. Williams, United States Attorney

for the District of Oregon, and Katherine C. de Villiers, Assistant United States Attorney, hereby

moves this Court for a Final Judgment of Forfeiture as to Defendants 2013 GMC Sierra, VIN

1GT125EG8DF238344, its tools and appurtenances, *in rem.*

DATED this 6th day of October 2017.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Katherine C. de Villiers*
KATHERINE C. de Villiers
Assistant United States Attorney

**MOTION FOR FINAL JUDGMENT OF
FORFEITURE**                                                    **PAGE 2**