**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**KATHERINE C. DE VILLIERS**
Assistant United States Attorney
Katie.de.Villiers@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:     503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-cv-01124-SI |
| **Plaintiff,** | |
| v. | **MOTION FOR FINAL JUDGMENT OF FORFEITURE AS TO DEFENDANT REAL PROPERTIES** |
| **TWENTY-FIVE (25) REAL PROPERTIES (DEFENDANT REAL PROPERTIES), LOCATED IN RAINIER, THURSTON COUNTY, STATE AND DISTRICT OF WASHINGTON, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, *in rem*,** | |
| **Defendants.** | |

On October 19, 2015, this Court granted a Default Order against all persons other than those specifically mentioned below claiming any right, title or interest to Defendants, *in rem*, consisting of twenty-five (25) pieces of real property further described as:

**Motion for Final Judgment of Forfeiture**                                **Page 1**

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 65 Document 4033391, Property Address: 719 Myers Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 96 Document 4033391, Property Address: 802 Cody Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 64 Document 4033391, Property Address: 703 Myers Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 57 Document 4033391, Property Address: 801 Cody Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 60 Document 4033391, Property Address: 709 Myers Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 61 Document 4033391, Property Address: 711 Myers Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 62 Document 4033391, Property Address: 713 Myers Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 66 Document 4033391, Property Address: 803 Cody Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 68 Document 4033391, Property Address: 807 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 69 Document 4033391, Property Address: 809 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 71 Document 4033391, Property Address: 813 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 75 Document 4033391, Property Address: 701 Myers Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 76 Document 4033391, Property Address: 901 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 77 Document 4033391, Property Address: 903 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 83 Document 4033391, Property Address: 914 Cody Street, SE, Rainier, WA 98576

**Motion for Final Judgment of Forfeiture**                                    **Page 2**

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 84 Document 4033391, Property Address: 912 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 85 Document 4033391, Property Address: 910 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 86 Document 4033391, Property Address: 908 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 87 Document 4033391, Property Address: 906 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 88 Document 4033391, Property Address: 904 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 91 Document 4033391, Property Address: 604 Myers Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 92 Document 4033391, Property Address: 602 Myers Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 97 Document 4033391, Property Address: 804 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 98 Document 4033391, Property Address: 806 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II TR A Document 4033391 FUTURE USE, Property Address: UNKNOWN, Rainier, WA 98576 (hereinafter, DEFENDANT REAL PROPERTIES),

except Claimants Jennifer and Jonathan Buss for Bussco Holdings, LLC; Shawn-Anne Coverdale; John Eckhart for Eckhart Holdings, LLC; Daniel Kass; Christopher Liu; Carole Love, Individually and on behalf of Angel Holdings, LLC; Mark McDonald, Individually and on behalf of McDonald Holdings, LLC; and Nathan Wheeler.

On June 30, 2020, a Settlement Agreement was filed in this Court between the United States and Claimants Bussco Holdings, LLC; Shawn-Anne Coverdale; Daniel Kass; Chris Liu; Carole Jean Love, individually and on behalf of Angel Holdings, LLC; and Mark McDonald,

**Motion for Final Judgment of Forfeiture**                                          **Page 3**

individually and on behalf of McDonald Holdings, LLC. Specifically excluded from the agreement is Nathan Wheeler, who received notice of this action and filed a claim, and then later withdrew his claim on February 17, 2017 (ECF No. 63) and Eckhart Holdings, LLC, which received notice of this action and filed a claim, and then later withdrew its claim on October 18, 2017, thereby terminating it from this action and extinguishing its rights to any of the properties constituting the Defendants *in rem*. ECF No. 81.

Per the terms of the Settlement Agreement, CLAIMANTS agreed to withdraw their claims in this matter to the DEFENDANT REAL PROPERTIES in order to facilitate the Court ordering a Final Judgment of Forfeiture of the DEFENDANT REAL PROPERTIES to Plaintiff. ECF No. 121.

All claims or answers previously filed in this matter as to the DEFENDANT REAL PROPERTIES have been withdrawn (ECF Nos. 122-126, 128).

Therefore, the United States of America hereby moves this Court for a Final Judgment of Forfeiture as to the DEFENDANT REAL PROPERTIES *in rem*, more fully described above.

DATED: August 10, 2020.            Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Katie de Villiers*
**KATHERINE C. DE VILLIERS**
Assistant United States Attorney