**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 3:14-cv-01124-SI** |
| **Plaintiff,** | |
| **v.** | **FINAL JUDGMENT OF FORFEITURE AS TO DEFENDANT REAL PROPERTIES** |
| **TWENTY-FIVE (25) REAL PROPERTIES (DEFENDANT REAL PROPERTIES), LOCATED IN RAINIER, THURSTON COUNTY, STATE AND DISTRICT OF WASHINGTON, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, *in rem*,** | |
| **Defendants.** | |

Based upon this Court's Order of Default entered on October 19, 2015 (ECF No. 57), the withdrawals of the claims of Nathan Wheeler and Eckhart Holdings, LLC (ECF Nos. 63, 81), and the terms of the Settlement Agreement entered between the United States and Claimants Bussco Holdings, LLC; Shawn-Anne Coverdale; Daniel Kass; Chris Liu; Carole Jean Love, individually and on behalf of Angel Holdings, LLC; and Mark McDonald, individually and on behalf of McDonald Holdings, LLC, filed on June 30, 2020 (ECF No. 121);

IT IS ORDERED AND ADJUDGED that this Court has subject matter jurisdiction, and Defendants, *in rem*, consisting of twenty-five (25) pieces of real property further described as:

**Final Judgment of Forfeiture**                                              **Page 1**

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 65 Document 4033391, Property Address: 719 Myers Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 96 Document 4033391, Property Address: 802 Cody Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 64 Document 4033391, Property Address: 703 Myers Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 57 Document 4033391, Property Address: 801 Cody Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 60 Document 4033391, Property Address: 709 Myers Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 61 Document 4033391, Property Address: 711 Myers Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 62 Document 4033391, Property Address: 713 Myers Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 66 Document 4033391, Property Address: 803 Cody Street SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 68 Document 4033391, Property Address: 807 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 69 Document 4033391, Property Address: 809 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 71 Document 4033391, Property Address: 813 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 75 Document 4033391, Property Address: 701 Myers Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 76 Document 4033391, Property Address: 901 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 77 Document 4033391, Property Address: 903 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 83 Document 4033391, Property Address: 914 Cody Street, SE, Rainier, WA 9857

**Final Judgment of Forfeiture**                                                                                    **Page 2**

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 84 Document 4033391, Property Address: 912 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 85 Document 4033391, Property Address: 910 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 86 Document 4033391, Property Address: 908 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 87 Document 4033391, Property Address: 906 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 88 Document 4033391, Property Address: 904 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 91 Document 4033391, Property Address: 604 Myers Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 92 Document 4033391, Property Address: 602 Myers Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 97 Document 4033391, Property Address: 804 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II LT 98 Document 4033391, Property Address: 806 Cody Street, SE, Rainier, WA 98576

- Section 09 Township 16 Range 1E Quarter SE NE Plat TROTTER DOWNS ESTATE PH II TR A Document 4033391 FUTURE USE, Property Address: UNKNOWN, Rainier, WA 98576 (hereinafter, DEFENDANT REAL PROPERTIES),

are forfeited to the United States of America, free and clear of the claims of any and all persons, except as set forth below.

The Internal Revenue Service for the U.S. Treasury Department is directed to immediately seize and sell the DEFENDANT REAL PROPERTIES.

Upon sale of the DEFENDANT REAL PROPERTIES , the United States will pay all expenses of custody and sale incurred by the United States Treasury Department, any outstanding

**Final Judgment of Forfeiture**                                                      **Page 3**

liens, as well as all unpaid property taxes that have accrued on DEFENDANT REAL PROPERTIES.

The United States shall record a copy of this Final Judgment of Forfeiture in the property records of Thurston County, Washington, which order, when recorded, shall be notice to any potential transferee of the right, title and interest of the United States of America.

Following the payment of all expenses, liens, and taxes described above, and more completely in the Settlement Agreement (ECF No. 121), the United States Treasury Department will distribute the net proceeds of the sale of the DEFENDANT REAL PROPERTIES to the CLAIMANTS according to the following percentages:

    a.  Bussco Holdings, LLC will receive 56%;

    b.  Shawn-Anne Coverdale will receive 10.08%;

    c.  Daniel Kass will receive 9.36%;

    d.  Chris Liu will receive 8%;

    e.  Carole Jean Love, individually and on behalf of Angel Holdings, LLC will receive 1.8%; and

    f.  Mark McDonald, individually and on behalf of McDonald Holdings, LLC will receive 14.76%.

///

///

///

///

**Final Judgment of Forfeiture**                                                                 **Page 4**

The parties shall each bear their own costs and attorney fees incurred in prosecuting and defending this action.

DATED this 10th day of August 2020.

_____
HONORABLE MICHAEL H. SIMON
United States Senior District Judge

Presented by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

*/s/ Katie de Villiers*
KATHERINE C. DE VILLIERS
Assistant United States Attorney